Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Bradley Allison Werner, Jr.,
Plaintiff

    v.

Mrs. Szewczyk, E V, et al,
Defendants

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-CV-6458

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Clerk of Court shall administratively terminate the petition without filing it or assessing a filing fee. Petitioner is granted leave to reopen this case, no later than 30 days from entry of this Order, by submitting either (1) the $405.00 filing fee or (2) a motion to proceed in forma pauperis.

Date: October 3, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk